File Hashes for IP Address 71.239.76.203

**ISP:** Comcast Cable
**Physical Location:** Chicago, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/19/2013 19:32:50 | 6B3AD6CD8876E455AA4BC7F7A00D5CE42B6415D0 | Triple Threat |
| 09/19/2013 15:54:21 | F693CDE52B50004C08C8656CAC4FA70832CE69D6 | Let Me Take Your Picture |
| 09/03/2013 09:44:21 | 69F8F97C27CBA891482975A69FD58F4DE12114C1 | Girly Girls |
| 07/29/2013 15:29:56 | F4C1E5877348813A5B8700B33AB5040F133DEB6B | Czech Beauties |
| 07/09/2013 02:30:01 | C1520325A50BD20A91101195F50C46194B34C243 | Girls Who Like Girls |
| 07/09/2013 02:07:23 | 0B5F9118F04C19CA2290620231E8C6DCA9F99F59 | Oh Mia |
| 07/09/2013 01:11:58 | 2842FFBA05B747E1F3FC1C3397ECCA54F3EF45C0 | Ibiza Love |
| 07/08/2013 17:31:18 | 060634C1E455CDDC5C2CAF4BFEB3CDE147B18472 | Going Strong |
| 06/14/2013 15:41:11 | AA920F10ED8FDF19A1F0E0FB34841E57DBE6DBC2 | Elle Hearts Girls |
| 03/16/2013 12:32:23 | 00E4F19FE3BB88D4628FFBCF7C73F3F004C5ADF2 | Late for Work |
| 12/26/2012 02:59:37 | F503AD5B8C676D587DC5372323A82A8BD99F75D8 | Side by Side |
| 12/22/2012 05:10:36 | 74475594712AC0EAE673F1892E7F58B1EA9A7803 | Lipstick Lesbians |
| 12/15/2012 16:17:24 | 75FCC3B8A30ADF28BBF215471C4A2325A61C977F | Miss Me Not |
| 12/06/2012 13:41:06 | 1D87D6E694A63C7C2FA96B53256FB8DE2165AD99 | Cum With Me |
| 12/05/2012 11:45:21 | 90E692A0ACFEB631698F4FFCEACACD140C38891C | Loving Angels |
| 12/02/2012 07:16:01 | 3C8A08543AFC589AD77EEACE455571CA8552EBBC | Lovely Lovers |
| 12/02/2012 07:14:08 | 6B79A83D040544BB8F40D7D2B490DBC981BE762E | Silvie Eufrat Strip Poker |
| 10/28/2012 12:30:07 | E6B5BCC483ECFF4377188C6262A1F0E9BE219184 | Daydream |
| 10/27/2012 14:13:53 | C9BE5E7102AA3F48E5C78AC5C99048D54B705A63 | In Bed |
| 10/27/2012 12:58:45 | 2DCE3579E567AD5E09793F1E6CF6853E33192870 | Red Hot |
| 10/23/2012 15:11:53 | A3989B8878740F373B7B52CD977FF5682BA38212 | Foot Fetish |

EXHIBIT A

NIL178

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/20/2012 13:43:55 | 9100BE2983DA906A773F7A9BE501019CFEF21BF7 | **Black Lingerie Bliss** |
| 09/28/2012 20:24:00 | AED5FC52FF899D5CF7FD2027C6687A6338B5F1C4 | **Photo Fantasy** |
| 09/28/2012 00:59:26 | C99D212D1BA60C1C94C78BB8A8B3D8290943579B | **Russian Invasion** |
| 09/22/2012 16:48:48 | 30EF93AADDED8B61C7CD9F7231032D8A2B2AA83D | **Amazing Grace** |
| 09/18/2012 23:12:57 | DA929D57949429DD83E20F58AEB603EDCBB6E5D9 | **Sunday Afternoon** |
| 09/18/2012 18:53:10 | 03240EF8C5C056B05E4991C091A222554E593736 | **Pink Orgasm** |
| 09/18/2012 15:00:32 | 4ED59D647A472D6D0C33514F0CF3F7548B4DF0F6 | **Dream Come True** |
| 09/08/2012 19:29:51 | 3CBE40E75A4B78315F21C16928CFFC5117942228 | **Perfect Together** |
| 09/07/2012 18:12:31 | 91A7655A34B7274417D1B79648A4D3E071C74F81 | **First Love** |

**Total Statutory Claims Against Defendant: 30**

EXHIBIT A

NIL178